JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED SEIRAFI, AS CO-TRUSTEE OF THE MOHAMED SEIRAFI FAMILY TRUST,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF RIVERSIDE, a municipal corporation; JAMES PERRY, in his individual capacity; and DOES 1 through 20,<br><br>Defendant. | CASE NO.: 5:19-cv-2054-CAS-KKx<br>*[Assigned to Hon. Christina A. Snyder, Courtroom: 8D]*<br><br>**FINAL JUDGMENT** |

IT IS ORDERED THAT Defendants City of Riverside and James Perry's Motion for Summary Judgment is GRANTED in accordance with the opinion issued by the Court on January 26, 2022 (ECF No. 69).

Judgment is entered in favor of Defendants City of Riverside and James Perry and against Plaintiff Ahmed Seirafi, as co-trustee of the Mohamed Seirafi Family Trust, on all claims, with prejudice.

Defendants City of Riverside and James Perry are the prevailing parties in this action. Defendants may bring a motion to recover attorneys' fees and costs pursuant to applicable statutes or contracts within fourteen (14) days of the entry of

-1-

this judgment. The Court will consider any such motion and determine whether an award of fees or costs is appropriate.

**IT IS SO ORDERED.**

DATED: February 10, 2022

_Christina A. Snyder_
Honorable Christina A. Snyder
United States District Judge